IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KANDICE NEALS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>PARTECH, INC., a Delaware corporation,<br><br>*Defendant.* | Case No.: 19-cv-05660<br><br>Honorable Ronald A. Guzman<br><br>Magistrate Judge M. David Weisman |

### JOINT STATUS REPORT PER THIRD AMENDED GENERAL ORDER 20-0012

Pursuant to this Court's April 30, 2020 Minute Order (Dkt. 45) and the Northern District of Illinois's Third Amended General Order 20-0012 ("Third Amended Order") (Dkt. 44), counsel for Plaintiff Kandice Neals and counsel for Defendant ParTech, Inc. (collectively, the "Parties") have conferred, agreed, and now submit the following Joint Status Report:

A. **Status of Discovery**

The Parties issued their first sets of written discovery requests on March 3 and 4, 2020, prior to the last in-person status hearing. (*See* dkt. 40.)

Plaintiff served her written responses and document production to Defendant's First Set of Requests for Production and First Set of Interrogatories on April 8, 2020.

Due to the court's Third Amended Order, Defendant's deadline to respond to Plaintiff's First Set of Requests for Production and First Set of Interrogatories is now June 19, 2020. Defendant is on track to serve its responses and produce documents on or before that date.

The Parties have yet to notice depositions. However, the Parties expect they will need approximately 6 – 10 depositions. Once Defendant produces written discovery, Plaintiff plans to depose a Rule 30(b)(6) representative of Defendant, other employees and/or agents of Defendant

as may be necessary, and any experts that Defendant identifies. Defendant plans to depose Plaintiff, as well as certain other witnesses disclosed over the course of fact discovery. The parties request that they be permitted to amend their respective lists further into fact discovery.

### B. Status of Unresolved Motions

There are no motions currently pending before the Court.

### C. Settlement Efforts

The Parties have not engaged in significant settlement discussions at this time.

### D. Proposed 45-day Schedule

Outside of the proposed discovery and dispositive motion schedule, which is addressed in Section E of this Joint Status Report, the Parties propose that the status hearing initially set by Magistrate Judge Weisman for May 27, 2020 at 9:15am, and stricken per the Third Amended Order, be rescheduled to the week of August 3-7, 2020.

### E. Proposed Discovery and Dispositive Motion Schedule

#### i. Fact Discovery

As a result of the court's Third Amended Order, the current fact discovery-related deadlines are set forth in the below chart. The Parties agree to the deadlines set forth below and do not propose any alterations.

|  | Deadlines per Third Amended Order |
|---|---|
| Meet & Confer Deadline | July 17, 2020 |
| Deadline to File Discovery Motions | July 31, 2020 |
| Closure of Fact Discovery | December 11, 2020 |

#### ii. Expert Discovery

Judge Guzman set a status hearing for August 5, 2020 to establish an expert discovery schedule. The parties request that the August 5, 2020 status hearing be stricken and reset for the

week of September 21, 2020. In an effort to promote the efficient progression of this case, the Parties propose the below expert discovery schedule, which is consistent with the Report on the Parties' 26(f) Planning Meeting. (Dkt. 33).

|  | Proposed Schedule |
|---|---|
| 26(a)(2) Reports on Class Certification | Affirmative Report: January 22, 2021 |
|  | Rebuttal Report: March 5, 2021 |
| Closure of Expert Discovery on Class Certification | March 26, 2021. |
| 26(a)(2) Reports on Merits Issues | Affirmative Reports: 45-days following Court's order on class certification |
|  | Rebuttal Reports: 45-days following disclosure of affirmative reports on merits issues |
| Closure of Expert Discovery on Merits Issues | 21 days following disclosure of rebuttal reports on merits issues |

    iii.    Dispositive Motions

The Parties propose the below timelines for dispositive motions consistent with the Report on the Parties' 26(f) Planning Meeting (dkt. 33) and anticipate that there may be a need for class certification and *Daubert* hearings.

|  | Proposed Schedule |
|---|---|
| Motion for Class Certification | 35-days after close of expert discovery on class certification |
| Summary Judgment Motions | 35-days after close of expert discovery on merits issues |

F. Agreed Action Requested by the Parties

The Parties anticipate filing an agreed confidentiality order in accordance with Magistrate Judge Weisman's standing order. The Parties do not request that any other agreed action be taken by the court at this time.

G. No Need for Telephonic Hearing

3

The Parties do not request a telephonic hearing at this time.

Dated: May 14, 2020

Respectfully submitted,

**ParTech, Inc.**

By: /s/ *Henry J. Caldwell*
    One of its Attorneys

John T. Ruskusky
jtruskusky@nixonpeabody.com
Richard H. Tilghman
rhtilghman@nixonpeabody.com
Henry J. Caldwell
hcaldwell@nixonpeabody.com
Nixon Peabody LLP
70 W. Madison Street, Ste. 3500
Chicago, Illinois 60602
(312) 977-4400

- and -

**Kandice Neals,** individually and on behalf of all others similarly situated

By: /s/ *J. Eli Wade-Scott*
    One of Plaintiff's Attorneys

Benjamin H. Richman
brichman@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
Schuyler Ufkes
sufkes@edelson.com
Edelson P.C.
350 N. LaSalle Street, 14th Floor
Chicago, Illinois 60654
(312) 589-6370

David Fish
dfish@fishlawfirm.com
John Kunze
kunze@fishlawfirm.com
The Fish Law Firm, P.C.
200 E. 5th Avenue, Ste. 123
Naperville, Illinois 60563
(630) 355-7590

4

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **JOINT STATUS REPORT PER THIRD AMENDED GENERAL ORDER 20-0012** was served on all counsel of record via the court's CM/ECF filing system.

                                                     */s/ Henry J. Caldwell*