IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KANDICE NEALS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>PARTECH, INC., a Delaware corporation,<br><br>*Defendant.* | Case No.: 19-cv-05660<br><br>Honorable Ronald A. Guzman<br><br>Magistrate Judge M. David Weisman |

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Plaintiff's First Set of Interrogatories to Defendant ParTech, Inc. |
| 2 | Plaintiff's First Set of Requests for the Production of Documents to Defendant ParTech, Inc. |
| 3 | Defendant ParTech, Inc.'s Responses and Objections to Plaintiff's First Set of Interrogatories |
| 4 | Defendant ParTech, Inc.'s Responses and Objections to Plaintiff's First Set of Requests for the Production of Documents |
| 5<br>5-A<br>5-B | Declaration of Schuyler Ufkes in Support of Plaintiff's Moton to Compel<br>    Plaintiff's Meet and Confer Letter to Defendant (July 16, 2020)<br>    Defendant's Response to Meet and Confer Letter (July 28, 2020) |
| 6 | Defendant ParTech, Inc.'s Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories |
| 7 | Defendant ParTech, Inc.'s Supplemental Responses and Objections to Plaintiff's First Set of Requests for the Production of Documents |
| 8 | Order, *Crumpton v. Octapharma Plasma, Inc.*, No. 19-cv-8402, dkt. 50 (N.D. Ill. July 29, 2020) (Kendall, J.) |